AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
| v. | ) | Case No. |
| CESAR ANTONIO GERONIMO-MORALES | ) | 3:25-mj- 1102-LLL |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 24, 2025___ in the county of ___Duval___ in the

___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 USC § 1326 | Illegal Re-entry after previously being deported |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Scott R. Kraich, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  February 24, 2025

City and state:  Jacksonville, FL

_____
_Judge's signature_

Laura Lothman Lambert, U.S. Magistrate Judge
_Printed name and title_





## CRIMINAL COMPLAINT AFFIDAVIT

I, Scott R. Kraich, being a duly sworn and appointed Special Agent for the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), hereby declare as follows:

1. I am a Special Agent for the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and have been since November 2008. Previously, I was employed as a Correctional Probation Senior Officer and Correctional Probation Officer for the Florida Department of Corrections for approximately nine years and six months. I received a Bachelor of Science in Criminology from Florida State University in December 1993. I have training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants to include complaints and arrest warrants related to violations of federal laws involving immigration offenses.

2. The information set forth in this affidavit is based on my personal knowledge, as well as information obtained from other sources, either involved in the investigation or who have personal knowledge of the facts herein. Because this affidavit is submitted for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation for this

affidavit. Rather, it only includes the information necessary to support a finding of probable cause.

3. On February 16, 2025, I called ICE's Law Enforcement Support Center ("LESC") in Vermont. LESC personnel advised that CESAR ANTONIO GERONIMO-MORALES was ordered removed from the United States on May 18, 2017. He was deported or removed from the United States to Guatemala on June 14, 2017, and again, on October 27, 2017. I also asked LESC personnel to run immigration service database / computer checks on GERONIMO-MORALES to determine if there was any record that he had ever applied for or received permission to return to the United States. These checks by LESC personnel determined that GERONIMO-MORALES has never sought or received such permission.

4. On February 16, 2025, I reviewed an Order of the Immigration Judge. This document reflects Immigration Judge Agnelis L. Reese ordered GERONIMO-MORALES removed to Guatemala on May 18, 2017. I also conducted ICE immigration service database / computer checks on GERONIMO-MORALES. These checks revealed he had been previously deported or removed from Alexandria, Louisiana to Guatemala on June 14, 2017, and again, from Pheonix, Arizona to Guatemala on October 27, 2017.

5. On February 24, 2025, HSI Special Agent Duncan Campbell told me that

2

GERONIMO-MORALES was encountered sitting in a vehicle at 3435 Smithfield St., Jacksonville, Florida 32217. SA Campbell, a Spanish speaker, asked GERONIMO-MORALES if he had any documents allowing him to remain in the United States legally. GERONIMO-MORALES responded, "No." GERONIMO-MORALES also stated he was a citizen of Guatemala.

6. SA Campbell then administratively arrested GERONIMO-MORALES, after determining that he was a Guatemalan citizen who was believed to be illegally present in the United States. GERONIMO-MORALES was subsequently transported to the HSI office in Jacksonville, Florida for administrative immigration processing.

7. During immigration processing, SA Campbell told me he entered GERONIMO-MORALES's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been entered into the database, after having been encountered by immigration authorities. The system returned a match and reflected that GERONIMO-MORALES had been previously encountered and had been assigned an Alien Registration number ("A-number"). I then conducted additional ICE database / computer checks using the A-number. Based on these checks I determined that records showed that GERONIMO-MORALES is a citizen of Guatemala who was ordered removed on May 18, 2017. These checks revealed he had been

3

previously deported or removed from Alexandria, Louisiana to Guatemala on

June 14, 2017, and again, from Pheonix, Arizona to Guatemala on October 27,

2017.

8. On February 24, 2025, GERONIMO-MORALES was provided with an

ICE Statement of Rights form written in the Spanish language. GERONIMO-

MORALES read this form in its entirety and signed the ICE Statement of Rights

form agreeing to speak with me and SA Campbell without an attorney present.

During this interview, GERONIMO-MORALES stated he was born in

Guatemala. He acknowledged he did not have any immigration documents or

applications to be in the United States legally and he was illegally present in the

United States. GERONIMO-MORALES stated he last entered the United States

in December 2020 on foot from Mexico to Arizona and his family paid a

"coyote" $16,000 to be illegally smuggled into the United States. He

acknowledged he was not inspected and legally admitted to the United States by

an immigration officer. GERONIMO-MORALES stated he was previously

deported from the United States to Mexico in 2017. I advised GERONIMO-

MORALES the records reflected he was previously deported on June 14, 2017,

and on October 27, 2017, and he acknowledged this was correct.

9. Based upon the foregoing, there is probable cause to establish that CESAR

4

ANTONIO GERONIMO-MORALES is an alien who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

Scott R. Kraich, Special Agent
Homeland Security Investigations
Jacksonville, Florida

Sworn to and subscribed before me
this 25 day of February 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

5

